**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**William McQUILLAN, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 20, 1995.

***ORDER***

PER CURIAM.

**AND NOW,** this 20th day of October, 1995, the Petition for Allowance of Appeal is granted limited to Issue J: "Whether the evidence is insufficient to sustain the defendant's conviction for corrupt organizations and conspiracy to commit corrupt organizations."

MONTEMURO, J., is sitting by designation.

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Salvador Carlos SANTIAGO, Appellant.**

Supreme Court of Pennsylvania.

Oct. 20, 1995.

***ORDER***

PER CURIAM:

**AND NOW,** this 20th day of October, 1995, the Execution in the above captioned matter is stayed pending resolution of the Petition for Certiorari by the United States Supreme Court.

MONTEMURO, J., is sitting by designation.